

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA v. ALLEN ROBINSON

Case 08CR452

**FILED**
JUL 08 2008 EA
Jul 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALLEN ROBINSON

| SIGNATURE | John A. T Jr |
|---|---|
| FIRM | Law Office of John F. Lyke, Jr. |
| STREET ADDRESS | 1505 E. 53rd St. Suite 200 |
| CITY/STATE/ZIP | Chgo, IL 60615 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6225507 | TELEPHONE NUMBER (773) 955-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑ APPOINTED COUNSEL ☐ | |